BUTLER v. STATE. (No. 4179.) (Court of Criminal Appeals of Texas. Oct. 11, 1916.) Appeal from District Court, Wichita County; W. N. Bonner, Judge. W. B. Butler was convicted of violating the local option law, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted for violating the local option law, his punishment being assessed at two years' confinement in the penitentiary. The record is before us without a statement of facts or bill of exceptions. There being nothing calling for a review of the record, the judgment will be affirmed.

———

CAMPBELL v. STATE. (No. 4118.) (Court of Criminal Appeals of Texas. June 14, 1916. Rehearing Denied Oct. 4, 1916.) Appeal from District Court, Collin County; M. H. Garnett, Judge. Pearl Campbell was convicted of keeping a gambling house, and appeals. Affirmed. P. J. Hemphill, of Dallas, for appellant. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted for keeping a gambling house and assessed the lowest punishment. There is no statement of facts nor any bills of exceptions. No error is assigned which can be reviewed in the absence of these. The judgment is affirmed.

———

HAZELWOOD v. STATE. (No. 4136.) (Court of Criminal Appeals of Texas. June 21, 1916. Rehearing Denied Oct. 4, 1916.) Appeal from District Court, Randall County; Hugh L. Umphres, Judge. Robert Hazelwood was convicted of assault with intent to murder, and he appeals. Reversed, and cause remanded. See, also, 186 S. W. 201. R. E. Underwood and J. W. Crudgington, both of Amarillo, W. J. Flesher, of Canyon City, and A. M. Mood and Veale & Lumpkin, all of Amarillo, for appellant. H. S. Bishop, Dist. Atty., of Amarillo, and C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of assault with intent to murder, his punishment being assessed at two years' confinement in the penitentiary. There were two cases filed against appellant in the district court of Potter county. Upon change of venue one was sent to Randall county and the other to Donley county. The facts show, as to the identity of the offenses, that they were committed the same night, in the same room and at the same time. The case from Donley county was reversed by this court on May 10th last. It charged an assault upon the daughter; this charged an assault upon the mother, both being for assault to murder. It is not the purpose of the writer to take up the statement of facts or go into a detailed statement of the facts. This being a companion case, the testimony is practically the same as to the merits of the case as stated in the appeal of the other case. The questions are practically the same. The writer does not care again to review those questions. On the authority of the opinion in the former case, this judgment is reversed, and the cause remanded.

PRENDERGAST, P. J. I dissent, and refer to my dissenting opinion in companion case recently decided.

———

PICKETT v. STATE. (No. 4182.) (Court of Criminal Appeals of Texas. Oct. 18, 1916.) Appeal from District Court, Grayson County; M. H. Garnett, Judge. Homer Pickett was convicted of burglary, and appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted of burglary and assessed the lowest punishment. There is no statement of facts nor bill of exceptions in the record. Nothing is raised that can be considered in the absence of these. The judgment is affirmed.

———

RAINEY v. STATE. (No. 4213.) (Court of Criminal Appeals of Texas. Oct. 18, 1916.) Appeal from Criminal District Court, Dallas County; W. L. Crawford, Jr., Judge. Will Rainey was convicted of burglary, and appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of burglary; his punishment being assessed at two years' confinement in the penitentiary. There is neither a bill of exceptions nor statement of facts contained in the record. Without these documents there is nothing presented in the record for consideration. The judgment is affirmed.

———

ROSALES v. STATE. (No. 4177.) (Court of Criminal Appeals of Texas. Oct. 11, 1916.) Appeal from District Court, Atascosa County; F. G. Chambliss, Judge. Camilo Rosales was convicted of murder, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of murder, and his punishment assessed at 20 years' confinement in the state penitentiary. No statement of facts or bill of exceptions accompanies the record. Under such circumstances there is no question presented we can review. The judgment is affirmed.

———

Ex parte SANDS. (No. 4270.) (Court of Criminal Appeals of Texas. Oct. 18, 1916.) Appeal from District Court, El Paso County; Dan M. Jackson, Judge. Habeas corpus by W. B. Sands. From judgment refusing bail, he appeals. Reversed, with directions. Moore & Harris, of El Paso, and E. T. Moore, of Austin, for appellant. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was refused bail in the trial of a writ of habeas corpus under a charge of murder. We have reviewed this record, and are of opinion that the trial court was in error. We therefore reverse the judgment and fix the bail at $10,000, upon the giving of which in the terms of the law the sheriff of El Paso county will release the relator from custody.

———

TANDY COAL & GRAIN CO. v. THOMAS. (No. 1047.) (Court of Civil Appeals of Texas. Amarillo. Oct. 25, 1916.) Appeal from Lubbock County Court; E. R. Haynes, Judge. Action by J. M. Thomas against the Tandy Coal & Grain Company. Judgment for plaintiff, and defendant appeals. Affirmed. J. E. Vickers, of Lubbock, for appellant. W. H. Bledsoe, of Lubbock, for appellee.

HALL, J. This record shows a judgment for one of the parties, where there was a conflict of testimony. There being sufficient evidence to support the judgment, it is affirmed.